UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

TIMOTHY D. ROUSE                                                    PETITIONER
A/K/A JASMINE MONTEZ LEAVELL

v.                                              CIVIL ACTION NO. 5:10CV-P119-R

PHILIP PARKER, WARDEN                                      RESPONDENT

## MEMORANDUM AND ORDER

Petitioner Timothy D. Rouse filed a motion asking the Court to consolidate the instant action with *Rouse v. Jones et al.*, 5:10CV-P116-R.

Under Federal Rule of Civil Procedure 42(a), "[i]f actions before the court involve a common question of law or fact, the court may: . . . consolidate the actions; . . . ." Fed. R. Civ. P. 24(a)(2). Consolidation is a matter within a court's discretion. *See Cantrell v. GAF Corp.*, 999 F.2d 1007, 1011 (6th Cir. 1993).

The instant action is a habeas action filed pursuant to 28 U.S.C. § 2254, and the other action is a civil-rights action filed pursuant to 42 U.S.C. § 1983. Although Rouse challenges the same institutional disciplinary action in both actions,[1] the parties, the nature of relief, and the legal processes in the two causes of action are different. In light of these differences, the Court will deny the motion to consolidate. *See, e.g., Malone v. Calderon*, 165 F.3d 1234, 1236-37 (9th Cir. 1999) ("[W]e conclude that the risk of confusion of the issues inherent in consolidation of the habeas and civil rights cases weighs against consolidation.").

---

[1] Rouse challenges two disciplinary actions in the § 1983 suit but challenges only one of those disciplinary actions in the instant § 2254 suit.

**IT IS ORDERED** that the motion to consolidate (DN 13) is **DENIED**.

Date:

cc: Petitioner, *pro se*
4413.005